IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No. 10-cv-02486-WYD-BNB

BRIAN JEFFREY WILLIS,

    Applicant,

v.

C. DANIELS,

    Respondent.

## ORDER OF DISMISSAL

THIS MATTER is before the court on the Motion to Dismiss Action pursuant to Fed. R. Civ. P. 41(a)(2), filed by Applicant Brian Jeffrey Willis on January 21, 2011 [ECF No. 18]. Therein, Applicant states that his claim has been rendered moot as Respondent has recently approved him for a six month placement in a halfway house. Applicant also states that his halfway house placement is being held in abeyance pending a ruling on the instant motion. Upon review of the motion and the file herein, it is hereby

ORDERED that the Motion to Dismiss is **GRANTED**, and this matter is **DISMISSED WITHOUT PREJUDICE**.

Case 1:10-cv-02486-WYD   Document 19   Filed 01/26/11   USDC Colorado   Page 2 of 2

Dated: January 26, 2011

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
Chief United States District Judge